G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA  91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff,
WANDA LEVINE SMITH

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA LEVINE SMITH<br><br>Plaintiff,<br><br>CALIFORNIA BUSINESS BUREAU, INC.; and DOES 1 – 10, inclusive.<br><br>Defendants. | Case No.: CV 12-502-AJW<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff WANDA LEVINE SMITH against Defendant CALIFORNIA BUSINESS BUREAU, INC. are dismissed, with prejudice. Plaintiff WANDA LEVINE SMITH and Defendant CALIFORNIA BUSINESS BUREAU, INC shall each bear their own costs and attorneys' fees.

Date:_____11/19/12_____        _____/s/_____

                                   ANDREW J. WISTRICH

                                   United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Central District of California